**INDIANA HIGH SCHOOL ATHLETIC ASSOCIATION, INC., Appellant (Defendant below),**

v.

**Jessah MARTIN, Appellee (Plaintiff below).**

No. 02S05–0106–CV–311.

Supreme Court of Indiana.

April 10, 2002.

Robert M. Baker III, Johnson, Smith, Pence, & Heath LLP, Indianapolis, IN, Attorney for Appellant.

Edward L. Murphy, Jr., Stefanie R. Crawford, Miller, Carson, Boxberger & Murphy LLP, Fort Wayne, IN, Attorneys for Appellee.

## ON PETITION TO TRANSFER

SULLIVAN, Justice.

This appeal arises from the issuance of a preliminary injunction against the Indiana High School Athletic Association ("IHSAA") and in favor of Jessah Martin ("Martin"). For more background, see our companion decision, *Indiana High School Athletic Ass'n, Inc. v. Martin,* 765 N.E.2d 1239 (Ind.2002), also decided today.

On February 8, 2000, Martin filed a Verified Motion for Attorney's Fees in an attempt to recover fees incurred in connection with her earlier Contempt Petition.[1]

On February 25, 2000, Martin filed a Verified Supplemental Motion for Attorney's Fees, further requesting an award of fees she incurred in connection with her original fee petition. The trial court conducted a hearing on the fee petitions on March 3, 2000, announcing a judgment for fees incurred in connection with the contempt petition on March 3, 2000.

The Court of Appeals affirmed the judgment of the trial court with Judge Vaidik dissenting. *See Indiana High School Athletic Ass'n, Inc. v. Martin,* 741 N.E.2d 775 (Ind.Ct.App.2000), *transf. granted,* 753 N.E.2d 18 (Ind.2001)(table).

In their submissions to this court, both parties assume Martin's entitlement to attorney fees to be conditioned on the validity of the trial court's contempt finding. Because we hold that the trial court erred in holding the IHSAA in contempt in the companion case decided today, the trial court erred in awarding Martin attorney fees.

Having granted transfer pursuant to Indiana Appellate Procedure Rule 58(A), thereby vacating the opinion of the Court of Appeals, we now reverse and vacate the trial court's order awarding Martin attorney fees.

SHEPARD, C.J., and DICKSON, BOEHM, and RUCKER, JJ., concur.

---

1. On January 21, 2000, the trial court found IHSAA in contempt of court and assessed a $500.00 per day fee.